**Order entered December 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01171-CV

**EVELYN KELLY, Appellant/Cross-Appellee**

**V.**

**ST. LUKE UNITED METHODIST COMMUNITY CHURCH, HENRY MASTERS IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, AND BERNICE WASHINGTON IN HER OFFICIAL AND INDIVIDUAL CAPACITY, Appellees/Cross-Appellants**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00985**

## ORDER

Before the Court is appellees/cross-appellants' December 20, 2016 unopposed motion for extension of time to file their cross-appellants' brief and appellant's December 21, 2016 unopposed motion for extension of time to file appellant's brief. Both motions are **GRANTED**. Appellant's and cross-appellants' briefs shall be filed by January 28, 2017.

/s/     CRAIG STODDART
           JUSTICE